# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 13, 2006*

[Cite as *04/13/2006 Case Announcements*, 2006-Ohio-1826.]

## MOTION AND PROCEDURAL RULINGS

**2005–1562. Natl. City Bank v. Wilkins.**
Board of Tax Appeals, No. 2003–A–1328. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's request for oral argument,
IT IS ORDERED by the court that the request is granted.

**2005–1563. Natl. City Bank v. Wilkins.**
Board of Tax Appeals, No. 2003–A–1327. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's request for oral argument,
IT IS ORDERED by the court that the request is granted.

**2005–1564. Natl. City Bank v. Wilkins.**
Board of Tax Appeals, No. 2003–A–1329. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's request for oral argument,
IT IS ORDERED by the court that the request is granted.

**2005–1565. Natl. City Bank v. Wilkins.**
Board of Tax Appeals, No. 2003–A–1326. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's request for oral argument,
IT IS ORDERED by the court that the request is granted.

**2005–1566. Natl. City Bank v. Wilkins.**
Board of Tax Appeals, No. 2003–A–1330. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's request for oral argument,
IT IS ORDERED by the court that the request is granted.

**2006–0600. Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 04–1932–EL–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of the motion of First Energy Corporation for leave to intervene as appellee,
IT IS ORDERED by the court that the motion is granted.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–0652. Meijer Stores Ltd. Partnership v. Defiance Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–T–2035.